Doreen Spears Hartwell, Esq.
Nevada State Bar No. 7525
Laura Thalacker, Esq.
Nevada State Bar No. 5522
HARTWELL THALACKER, LTD
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
Phone: (702) 850-1074; Fax: (702) 508-9551
doreen@HartwellThalacker.com
laura@HartwellThalacker.com
*Attorneys for Defendant Raiders Football Club, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE BROWN-ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>RAIDERS FOOTBALL CLUB, LLC; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02149-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Nicole Brown-Adams through her counsel of record, Daniel R. Watkins, Esq. of Watkins & Letofsky, LLP and Defendant Raiders Football Club, LLC through its counsel of record, Doreen Spears Hartwell, Esq. of Hartwell Thalacker, Ltd (collectively "Parties"), stipulate as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1. The Parties agree to dismiss this matter with prejudice.

2. The Parties further agree that each party shall bear her/its own attorney's fees and costs.

| | |
|---|---|
| Dated this 16th day of October, 2023. | Dated this 16th day of October, 2023. |
| WATKINS & LETOFSKY, LLP | HARTWELL THALACKER LTD |
| /s/Daniel R. Watkins<br>Danel R. Watkins, Esq.<br>Nevada State Bar No. 11881<br>8935 S. Pecos Rd., Suite 22A<br>Henderson, NV 89074<br>*Attorneys for Nicole Brown-Adams* | /s/Doreen Spears Hartwell<br>Doreen Spears Hartwell, Esq.<br>Nevada State Bar No. 7525<br>11920 Southern Highlands Pkwy, #201<br>Las Vegas, NV 89141<br>*Attorneys for Raiders Football Club, LLC* |

**ORDER**

In consideration of the Stipulation of Dismissal with Prejudice, it is hereby ordered that the above-captioned lawsuit is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated this 17th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE